UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-176-DCR |
| V. | ) | |
| HENRY AGEE, et al., | ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States has filed a Notice of Bankruptcy regarding Defendants Henry Agee and Jennifer Agee. [Record No. 13]  Accordingly, it is

**ORDERED** as follows:

1. This matter is **STAYED**, pending further orders.

2. The parties are directed to notify the Court immediately upon completion of the bankruptcy proceeding and/or the lifting of the automatic stay.  Otherwise, the parties are directed to file status reports every ninety (90) days.

This 2nd day of March, 2018.



Signed By:
Danny C. Reeves  DCR
United States District Judge

-1-