UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 5: 17-176-DCR |
| V. | ) ) | |
| HENRY AGEE, et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter was stayed for the duration of the defendants' bankruptcy proceedings on March 2, 2018, but the parties were directed to file a status report every ninety days while the bankruptcy proceedings remained pending. [Record No. 14] The parties failed to file the required status report, and were directed to show cause concerning their failure to do so no later than July 3, 2018. [Record No. 15] The defendants responded by providing a copy of an Order of Discharge dated March 19, 2018. [Record No. 17-1] Unfortunately, the United States did not file a response. Accordingly, it is hereby

**ORDERED** that this matter shall come on for a hearing at the United States Courthouse in Lexington, Kentucky on **Monday, July 9, 2018**, at **11:30 a.m**. Only counsel for the United States is required to attend the hearing.

This 6th day of July, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge