UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:17-cv-176-DCR
*Filed Electronically*

In re:  355 Main Street, Frenchburg, KY 40322

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | |
| HENRY AGEE, ET AL | DEFENDANTS |

**MOTION TO LIFT STAY**
**\*\*\*\*\*\*\*\***

Comes now the Plaintiff, United States of America, by and through counsel, and hereby respectfully requests that the Stay in the above-styled case, which was entered March 2, 2018 in [DE No. 14] be lifted, as the pending bankruptcy proceeding has now been discharged.  See Order of Discharge entered in [DE No. 16.]

Respectfully submitted,

/s/ A. George Mason, Jr.
A. George Mason, Jr.
KBA No. 44596
Attorney for the Plaintiff
3070 Lakecrest Circle
Suite 400, PMB 278
Lexington, KY 40513

## CERTIFICATE OF SERVICE

This will certify that I electronically filed the foregoing into the Court's record of this action by using the Court's CM/ECF Electronic Filing System, and that any order or judgment United States of America proposes in connection therewith is an attachment to the filing.

This will further certify that a true and correct copy of the foregoing, together with a copy of any order or judgment United States of America proposes in connection herewith, has been served as follows:

**-Via U.S. Postal Service, postage prepaid**

Henry Agee
355 Main Street
Frenchburg, KY 40322

Jennifer Agee
355 Main Street
Frenchburg, KY 40322

                                                   By: /s/ A. George Mason, Jr.
                                                   Attorney for the Plaintiff
                                                   George Mason Law Firm, PSC